ALFRED CURRY, *Respondent, v.* JOHN W. ADAMS, *Appellant:*— Judgment of County Court affirmed, with costs. Opinion by DYKMAN, J.

ALFRED CURRY, *Respondent, v.* JOHN W. ADAMS, *Appellant.*— Order denying new trial upon case made, and upon affidavits alleging newly discovered evidence, affirmed with costs and disbursements. Opinion by DYKMAN, J.

JOHN FOSTER, *Respondent, v.* JAMES H. ROMER, *Appellant.*—Order of County Court vacating judgment affirmed, with costs and disbursements. Opinion by CULLEN, J.

SUSAN M. HOYT, *Appellant, v.* ISRAEL C. SEE and JAMES H. LANDER, *Respondents.*— Judgment of County Court affirmed, with costs. Opinion by BARNARD, P. J.

JOHN L. BROWNELL, *Respondent, v.* ELISHA RUCKMAN, *Appellant.*— Order affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

IN THE MATTER OF THE PROBATE OF THE LAST WILL, ETC., OF JOHN H. MARTINHOFF. — Decree of surrogate affirmed, with costs. Opinion by DYKMAN, J.

PATRICK KANE, *Appellant, v.* AMELIA A. STARK and others, *as Administrators, etc., Respondents.* — Order refusing new trial affirmed, with costs. Opinion by CULLEN, J.; BARNARD, P. J., not sitting.

COTTON W. BEAN, *Appellant, v.* JAMES O. COLE, *as Sheriff, etc., Respondent.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

VIOLA T. ADAMS, *Appellant, v.* JAMES O. COLE, *as Sheriff, etc., Respondent.* — Judgment reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

JOHN SHIELDS and others, *Appellants, v.* ANNA A. INGRAM, *Respondent.* — Decree of surrogate affirmed, with costs. Opinion by DYKMAN, J.

GEORGE D. PURDY and others, *Appellants, v.* SAMUEL A. HAYT and LEWIS H. WHITE, *Executors, etc.,* and others, *Respondents.* — Decree of surrogate upon appeal of Purdy and others affirmed, with costs. Opinion by BARNARD, P. J. Decree of surrogate upon appeal of Mrs. Bates and children affirmed, with costs. Opinion by BARNARD, P. J.

JACOB STROHER, *Respondent, v.* BLANDINA M. ELTING and another, *Appellants.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; CULLEN, J., not sitting.

MARY McGOUGH, *Administratrix, etc., Appellant, v.* THOMAS R. SHARP, *Receiver, etc., Respondent.* — Order granting nonsuit reversed and new trial granted, costs to abide event. Opinion by CULLEN, J.

JAMES VAN TASSEL, *Respondent, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.* — Judgment and